## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chris Burgess, Karen Burgess,

        Plaintiff,                       Civil No. 07-4642 (RHK/AJB)

vs.                                 **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

General Electric Co., GE Health-
care, Inc., GE Healthcare Bio
Sciences Corp.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 20, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge